IN THE UNITED STATES DISTRICT COURT
FOR THE ORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   Case No. 1:22-cr-33-AW-MAL

KADEEM KENT PATTERSON,

    Defendant.

_____/

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

On this date, the Defendant, KADEEM KENT PATTERSON, by consent and referral, appeared before me and entered a plea of guilty to the charges in Counts 1 through 6 of the Superseding Indictment.

The undersigned addressed Defendant personally in open court concerning each of the subjects required by Rule 11 of the Federal Rules of Criminal Procedure. Whereupon I make the following findings:

1. Defendant is alert, intelligent, and understands the nature of the charges against him and the consequences of pleading guilty.

2. Defendant understands that his answers during the plea colloquy, which were under oath, may be later used against him in a prosecution for perjury or false statement.

3. Defendant understands that he has a right to trial by jury, to persist in his prior plea of not guilty, to assistance of counsel at trial, to appointment of counsel, to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses. Defendant understands that he is waiving these rights by pleading guilty.

4. Defendant understands the maximum and mandatory minimum penalties he faces if the guilty plea is accepted, including the effect of the supervised release term, fine, special monetary assessment, restitution, and forfeiture. The Defendant understands that the sentencing guidelines apply and that the court may depart from those guidelines under some circumstances.

5. Defendant entered his guilty plea to the charges freely, knowingly, and voluntarily, without any force, threats, or promises except for those contained in the written plea agreement between the parties.

6. There is a factual basis for Defendant's guilty pleas.

7. There is a plea agreement which should be accepted by the district court. Defendant understands the terms of the plea agreement.

8. Defendant made his decision to plead guilty with the advice and counsel of a competent attorney with whom Defendant acknowledged he was satisfied.

9. Defendant has voluntarily consented to go forward with his plea of guilty before the undersigned. He understands that he has waived the fourteen-day period for filing objections to this report and recommendation, and he agrees that he has twenty-four hours from receipt of a copy of this report and recommendation in which to file written objections, if any. The United States also consents to this procedure, including the shorter period for objections.

Accordingly, it is RECOMMENDED that the Court ACCEPT the plea of guilty to Counts 1 through 6 of the Superseding Indictment and that the Defendant be adjudicated guilty and have sentence imposed accordingly,

IN CHAMBERS at Gainesville, Florida, this 29th day of March, 2023.

s/ *Midori A, Lowry*
Midori A. Lowry
United States Magistrate Judge

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within <u>24 hours</u> after receiving a copy of this report and recommendation.**