IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 1:22-cr-33-AW-MAL

KADEEM KENT PATTERSON,

    Defendant.

_____/

## ORDER ACCEPTING GUILTY PLEA

I have considered the magistrate judge's report and recommendation (ECF No. 39), to which there has been no timely objection. I also reviewed an unofficial transcript of the change-of-plea hearing.

The report and recommendation is adopted, and Defendant's guilty plea as to Counts 1 through 6 of the superseding indictment is ACCEPTED. Sentencing is set for June 20, 2023 at 1:00 p.m.

SO ORDERED on April 3, 2023.

                                                    s/ *Allen Winsor*
                                                    United States District Judge